# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| HENRY FLYNN, JR., ) | C/A No.: 5:13-cv-0597 DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ACTING ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

The above referenced Social Security case is before this court upon the plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act (EAJA). Plaintiff filed this petition on October 24, 2014. On November 10, 2014, defendant filed her response to the motion, stating that she consents to the fees totaling $4,112.00, but objects to the costs totaling $20.18. After careful consideration, it is therefore

**ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $4,112.00. No costs shall be awarded.

**AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

December 16, 2014
Charleston, South Carolina